```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 06350
   CRAIG P STONE
   LAUREL A KANE                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9432    SSN XXX-XX-1682
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/01/06 and confirmed on 08/04/06.

2. The case was converted to Chapter 7 after confirmation, 11/13/2008.

3. The Debtor paid a total of $ 59601.87 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 47435.47 | .00 | 47435.47 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 7981.87 | .00 | 7847.22 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| BONNER ROAD INN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 30565.04 | .00 | 356.75 |
| CLINICAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL CASUALTY | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GREATAMERICA LEASING COR | UNSECURED | 1760.66 | .00 | 20.55 |
| HEALTH SOUTH CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| HOLY FAMILY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| A-TEC AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| JENSEN DISPOSAL | UNSECURED | NOT FILED | .00 | .00 |
| JOHN FAUST SR | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLE MANAGEMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| LEE AUTO PARTS INC | UNSECURED | 5663.04 | .00 | 66.09 |
| MANNY & TOOLS | UNSECURED | 265.76 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3393.20 | .00 | 39.61 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL & ALLEN | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD NITZKI MATCO TOOL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OPEN AIR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| SMOKE KIN JOES TOOL SALE | UNSECURED | 464.76 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

```
AFNI/VERIZON              UNSECURED        577.85              .00          .00
NATIONAL ENTERPRISE SYST  UNSECURED     NOT FILED              .00          .00
WAUCONDA HEALTHCARE & RE  UNSECURED     NOT FILED              .00          .00
YELLOW BOOK USA           UNSECURED     NOT FILED              .00          .00
      Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  55417.34          .00     42690.31         .00     98107.65
PRINCIPAL PAID      55282.69          .00       483.00         .00     55765.69
INTEREST PAID            .00          .00          .00         .00          .00
TOTAL PAID          55282.69          .00       483.00         .00     55765.69
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $    1500.00   direct and $    1500.00   through the plan.

The Trustee received $    2336.18 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/12/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 06350 CRAIG P STONE & LAUREL A KANE